**BOSTWICK & JASSY LLP**                                          **CLOSED**
GARY L. BOSTWICK, Cal. Bar No. 79000
JEAN-PAUL JASSY, Cal. Bar No. 205513
12400 Wilshire Boulevard, Suite 400
Los Angeles, California 90025
Telephone:  310-979-6059
Facsimile:   310-314-8401
E-mail:  jpjassy@bostwickjassy.com

Attorneys for Defendants
MARK BURNETT PRODUCTIONS, INC.,
MARK BURNETT, TRUMP
PRODUCTIONS, LLC and
DONALD J. TRUMP

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS G. CHRISTAKIS,<br><br>             Plaintiff,<br><br>     v.<br><br>MARK BURNETT PRODUCTIONS,<br>MARK BURNETT,<br>TRUMP PRODUCTIONS, LLC,<br>DONALD J. TRUMP,<br><br>             Defendants. | **CASE NO.:  CV 08-6864 GW (JTLx)**<br><br>**JUDGMENT** |

-1-

[PROPOSED] JUDGMENT

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the
2  Complaint filed by Plaintiff Nicholas G. Christakis is dismissed in its entirety with
3  prejudice and without leave to amend.  Judgment is entered in favor of Defendants
4  Mark Burnett Productions, Inc., Mark Burnett, Trump Productions, LLC and Donald
5  J. Trump and against Plaintiff Nicholas G. Christakis.  Plaintiff Nicholas G.
6  Christakis shall take nothing by way of his Complaint.

8  Dated:  July 13, 2009                                    _____
9                                                                                    Hon. George H. Wu
10                                                                              Judge, United States District Court